

FILED BY ___ D.C.
JUL 30 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.   No. 14-20895-CR-COOKE-2

SANDRA SIMON

DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE
MOTION FOR APPOINTMENT OF COUNSEL

The Defendant, Sandra Simon, pro se, files this Motion for Compassionate Release and Appointment of Counsel, Pursuant to 18 USC Section 3582. The Defendant prays that the Court will consider this Motion, in full, because it presents new, mitigating issues not previously considered by the Court. In support, the Defendant presents the following:

RELEVANT CASE BACKGROUND
The Defendant entered a guilty plea, pursuant to a plea agreement, sex trafficking of a minor. The Defendant was sentenced to 136 months imprisonment and 10 years of supervised release.

The Defendant was time barred on filing a Section 2255 and other requests for relief have been denied by the Court.

JURISDICTION

18 USC Section 3582, as amended by the First Step Act of 2018, allows a court, on motion by the Federal Bureau of Prisons or by the defendant, after exhausting BOP remedies, to reduce or modify a term of imprisonment, probation, or supervised release after considering the factors of 18 USC Section 3553(f), if extraordinary and compelling reasons warrant such at reduction.

The Defendant has made a request for compassionate release or a sentence reduction to Warden Strong, of FCI-Tallahassee. Exhibit-A, Request to Staff, May 2021. No response has been provided as of the filing of this Motion. The 30 day time limit has expired. The Court has jurisdiction to review the merits of the Defendant's request for compassionate relapse.

GROUNDS WHICH MEET THE STANDARD FOR EXTRAORDINARY AND COMPELLING REASONS TO GRANT COMPASSIONATE RELEASE TO THE DEFENDANT

A. Compassionate release would allow the Defendant medical treatment not available in the FBOP.

The Defendant is suffering with severe physical and cognitive ailments due to long term exposure to toxic mold and asbestos at FCI-Tallahassee. The Defendant has been in every housing unit at the prison and Health Services has been unable to cure the illnesses. The only treatment the Defendant has received is the masking of the symptoms, but the medical problems have never been cured.

The Defendant is constantly itching and scratching, to the point of being unable to sleep. Her skin has remained irritated and raw for almost 4 years. The Defendant suffers with headaches, joint pain, and muscle aches, along with chest pains and constant fatigue. She has lost hair and her eyes remain irritated, affecting her vision. The Defendant has scars and discoloration on large portions of her face and other parts of her body. The Defendant is in a deep depression after years of physical and emotional suffering, witnessing the decline of her health.

The Federal Bureau of Prisons does not treat mold illnesses, such as Chronic Inflammatory Response Syndrome ("CIRS")(of which the Defendant may have), and other lesser known ailments the Defendant has suffered with for almost 4 year, without ceasing. Treatment for all mold illness requires removal from the source of the mold and then medications to heal the body and mind. Please see, Exhibit-B, Article on Treatment of Mold Illnesses. The Defendant and about 150 other inmates are ill due to 24/7 exposure to toxic mold and asbestos, in the housing units, at FCI-Tallahassee. None of the inmates are being treated, in a similar manner in how the inmates at FCC-Coleman Camp had Legionnaire's Disease, but were ignored. That camp was

----------------------------------------------------------------------------------------

closed due to the environmental problems it caused the health problems.

In United States v. Alexandra Zvolanek, No. 1:16-cr-20428-DMM (M.D. Fla. April 2021), the district court granted compassionate release because the FBOP, due to the pandemic, could not provide treatment for the defendant. This Defendant moves the Court to grant relief for the same reason, because the conditions the Defendant is being housed in, are an extraordinary and compelling reason for relief.

Several buildings have been condemned due to toxic mold and asbestos, by the Environmental Protection Agency ("EPA"), but the warden continues to house inmates in condemned buildings that are over 80 years old and have not had professional mold remediation, at anytime, in the existence of these structures. Unit A-South, where the Defendant is housed, has a roof that has been leaking for over 4 years, numerous windows leak, and is full of toxic, black mold. Ventilation in the unit is very poor and the ceiling is covered with toxic mold, as are the windowsill, too. The moisture in the damaged roof, which is wooden, is full of termites and roaches. Roofs on many other housing units are also leaking.

Inmates filed grievances regarding the leaking roof. Exhibit-C, Grievance response from Warden Strong, 2020. The warden stated the roof would be fixed, but we are being told that the budget has been reduced by Congress, and building repairs are unlikely.

The Food Service building was condemned by the EPA because the basement where the prison laundry use to be, has toxic black mold, which was making officers and inmates sick. This basement and Food Service are on the same ventilation system. It is likely that asbestos is in this building, too. The Defendant is forced to eat in this building.

The Defendant is suffering with daily headaches, chronic sinusitis, skin irritation, eye irritation, and cognitive symptoms, such as, difficulties concentrating, memory problems, and severe depression. The Defendant is in fear of retaliated for reporting this matter. Other inmates have filed claims and suffered retaliation.

Housing Units A, C, D, and G have been condemned by the EPA. Inmates are moved out of the units, but no work is done to remove the mold and asbestos. After 18 months or so, inmates are placed back in these "Sick Buildings."

Long term exposure to toxic mold and asbestos can cause death. Due to the nationwide lockdown, inmates are confined 24/7 in the housing units, which has increased the symptoms of the variety of mold illnesses inmates are experiencing. The Miami United Sates Courthouse was closed in 2008, due to toxic mold, which allegedly caused the death of two federal judges and over 40 federal courthouse employees, including a prosecutor, became ill. The late Honorable Judges Cheryl Aleman and Ted Klein died of mold illnesses. Exhibit- C , Articles on Death of Judges. The union representative, Joe Riojos, has spoke with the media countless times about correctional officers being ill from long term mold exposure. Millions have been spent in on other Government buildings in Florida to remove mold. Exhibit- D , Article on Mold in Government Buildings.

The Court may review Whisnant v. United States, 400 F.3d 1177 (9th Cir. 2005), for an example of how the federal government allows mold to colonize and detrimentally affect the health of persons using their property. After toxic mold was found in the commissary on the military base, this area was closed for 4 years.

Florida is the #1 State for mold illnesses. When the Defendant and others have requested care, Health Services instruct inmates to purchase over-the-counter medications, which mask the symptoms, but are not a cure. These drugs are also harmful to the liver and kidneys.

The EPA, in Region 4, Daphne Wilson, in the Environmental Justice Division, Atlanta, Georgia is investigating the prison's failure to close these housing units. As stated above, it is a battle between agencies, with the sick inmates and correctional officers left inhaling toxic mold.

Last, inhaling toxic mold and asbestos, weakens the immune system. At this time, there is a surge in the Delta variant of the COVID-19 virus. At least 12 of 50 vaccinated, healthy lawmakers from Texas have contracted the virus, after riding in close quarters in an airplane. The Defendant lives in an overcrowded, open dorm and this virus further imperils her health.

The Defendant is not making a conditions of confinement claim. Instead, because of the dangerous, verifiable conditions at FCI-Tallahassee, the Court can grant relief on the basis that the Defendant's health is at increased risk, while also considering that the physical condition of the housing units and the pandemic, have made the punishment more onerous than that initially contemplated by the Court. Other district courts have cited that the nationwide lockdown increased the punishment of the defendants. Please see, United States v. Minnis, No. 19-cr-20182-RUIZ (S.D. Fla. 2021); United States v. Cordova, No. 2:18-cr-00208-RFB-DJA (D. Nev. 2021)(both granted compassionate release).

----

The Defendant needs compassionate release so that she may receive treatment in her community which she has not received in over 4 years from the FBOP.

The Defendant moves the Court to grant appointment of counsel, so that building records and medical records may be obtain to substantiate these claims.

C. An offender with very serious offense has received compassionate release.

In United States v. Rita Gluzman, No. 96-cr-323(LJL)(SDNY July 23, 2020)(SDNY November 5, 2020)(reconsideration denied), the district court granted compassionate release to the defendant. Ms. Gluzman was found guilty of murdering her husband during an acrimonious divorce and then chopping him up in 65 pieces. Although the Government vigorously argued against her release and the victim's brother and his only child, also Ms. Gluzman's son, pleaded with the court not to release her, the defendant was granted compassionate release, from a life sentence.

The Defendant acknowledges that she has one of the most serious offenses anyone can be incarcerated and she accepted full responsibility for her actions. However, if the Court considers 18 USC 3553 factors, the Defendant is eligible for relief.

Her release date for home confinement is April 3, 2024, less than 2 years from the date of the filing of this Motion. Exhibit- E, FBOP Data Computation Sheet. For this reason, a claim by the Government that the Defendant is a danger to the community does not weigh in their favor. The Defendant will not be less of a threat in 18 months, than she is today. This is the most important factor for the Court to determine.

The Defendant did everything that a cooperating defendant was required to do. She fully confessed to the offense, entered a timely guilty plea, and gave truthful information to the authorities. The Defendant was the young relative a person that abused his authority and she followed his orders. The culture the Defendant grew up in did not allow women to be "in charge" or organize men to do anything. The Defendant would never have come in contact with these young ladies if not for the abusive conduct of her co-defendant.

The Defendant comes from a culture where women are submissive to men. The Defendant fully accepts responsibility for her actions, but the culture she hails from and the sexualization of young girls are mitigating factors not raised in the sentencing process. The Defendant was in her early 20's when this offense occurred and will never be part of any criminal activity again in her lifetime.

Due to the nature of her offense, staff and inmates have made the Defendant suffer for her crime, sometimes physically attacking her.

If granted relief, the Defendant will live with her family, whom have fully supported her during her incarceration. The Defendant would take online college classes and work at any job available, after her health concerns are addressed.

The Defendant does not ask the court to simply release her. The Defendant request immediate release from the FBOP and as a condition of her supervised release, that she serve the first year under home confinement, which would be a modification of the supervised release authorized by Section 3582.

CONCLUSION

The Defendant prays that the Court will grant compassionate release and order the Defendant released to begin serving her term of supervised release, with a condition of one year of home confinement during the first year of supervised release.

Respectfully Submitted,

Sandra Simon Defendant
July 21, 2021

Reg. No. 07208-104

FCI-Tallahassee
PO Box 5000

3

---

Tallahassee, FL 32314

CERTIFICATE OF SERVICE

Service is performed by the electronic filing of this Motion by the U.S. District Clerk's Office.

_____
Sandra Simon, Defendant

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
JUNE 98
U.S. DEPARTMENT OF JUSTICE                     FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden Strong | DATE: 5/1/2021 |
|---|---|
| FROM: Sandra Simon | REGISTER NO.: 07208-104 |
| WORK ASSIGNMENT: | UNIT: N/A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Warden Strong,
  please consider me for compassionate release due to my health concerns caused by the mold & asbestos in all of the housing units. If granted compassionate release, I will live with my family, attend college online, and work, after my health problems have been stabilized.
                                    Thank you,

(Do not write below this line)

POSITION:

Signature Staff Member            Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

EX-A

URL: https://www.palmbeachpost.com/article/20151229/NEWS/812069096
Link Code: 1s3e0
Sections
 * News
 * Sports
 * Entertainment
 * Obits
 * Classifieds
 * Homes
 * Cars
 * Jobs
 * E-Edition
 * Legal Notices
 *    * Site
   * Archive
 * Log in
*

# Fungus among us: Toxic mold harmful, costly, sometimes deadly
John Pacenti @jpacenti
### Tuesday
Dec*29,*2015*at*12:01*AM Sep*4,*2016*at*6:27*PM
South Floridians tamed the swamp in which they live, turning it into a
thriving metropolis by corralling water into canals and retention ponds,
building barrier islands and generally showing mankind's indomitable will over
nature.
But the inhabitants here at the southernmost edge of the continental U.S.
can't seem to conquer the smallest of organisms: the mold spore.
With two fire stations falling victim to a possible mold infestation in
Boynton Beach, the fungus appears to have again planted its icky * and
expensive * flag in our humid clime.
There is indeed a fungus among us. It repeatedly displaces employees from
their workplaces and residents from their homes.
And at its worst, it can cause respiratory illness and some say even death.
"I have whole families I'm treating," said Dr. Harlan Bieley, a general
physician from North Palm Beach who specializes in treating patients suffering
from the effects of mold. "What happens is the mold produces spores which
release mycotoxins that block or deplete antioxidants. And so when the
antioxidants decrease, it accelerates any kind of disease * autoimmune
diseases, cancer, anything."
Child with lupus
Bieley got interested in treating patients suffering from mold exposure after
a Miami friend of his died of lung cancer and her son was diagnosed with
lupus. A bank took over the unit above his friend's place and it got infected
with black Stachybotrys mold, often considered the most deadly. "She never
smoked and young boys don't often get lupus," he said..
In Boynton Beach, two of the city's five fire stations, built in 1966 and
1986, were closed because of a suspected mold infestation. The closures have
led to officials to voice concern about response time to emergencies. And now
firefighters * always at risk of respiratory illness because of smoke * must
now worry that their workplace possibly is making them sick.
The city is paying for lung X-rays and blood work if needed, as well as
physical exams by a doctor in Port St. Lucie. Station 3 on Congress Avenue has
been shuttered since October. Station 1, which has been closed a couple of
weeks, is connected to City Hall.

EX-B-1

1

---

Two firefighters at Station 3 have been found with elevated levels of feces and feathers in their lungs * an indication that their respective station was possibly a sick building in other ways.. In fact, the mold was discovered when investigators came across dead mice in the air duct.
Jeff Livergood, the director of public works and engineering for Boynton Beach, said the city does not conduct routine tests for air quality in city buildings. "We would check for mold based upon identification, if we see instances where we believe it may exist," he said.
Mold not regulated
Mold has not been found at Boynton Beach's three other stations and officials say they hope to open Station 3 by early next week at the latest.
Fighting toxic mold remains more of a reactive than proactive exercise.
"Mold is not regulated and affects people differently," said Tim O'Connor, the Health Department's spokesman in Palm Beach County. We used to do courtesy visits to look for mold and other indoor air issues. But we discontinued as we had other regulated issues to review and enforce," he said. "We now work with the building regulatory authorities when asked for assistance."
Mold bedevils city and county buildings throughout South Florida. Courthouses seem especially susceptible.
The Legislature has set aside about $13.6 million to move the 4th District Court of Appeal * which hears appeals from Broward, Palm Beach, Martin, St. Lucie, Indian River and Okeechobee counties * from its location on Palm Beach Lakes Boulevard by 2018. A nasty mold infestation forced the courthouse's closure for a while in 2013.
Mold problems with federal and state courthouses in South Florida are stuff of legend in the legal community.
Mold in Miami's David W. Dyer Courthouse, shuttered since 2008, was blamed for the death of a federal judge in a lawsuit that was ultimately dismissed. West Palm Beach's federal courthouse also was closed for two years as mold developed in the wake of hurricanes in 2004-05.
In Martin County, the courthouse in Stuart was closed in 1992 for four years and completely gutted because of mold. The Los Angeles Times cited the building at the time in calling mold "Florida's plague."
Authorities usually find that the root of a mold infestation is maintenance, such as leaking windows, roof leaks, broken pipes, an air conditioning unit not working properly. Water and wood are the lifeblood of mold.
The bad news is mold thrives on a primary presence in South Florida: humidity.
"The one common theme to mold growth is moisture," O'Connor said.
People as petri dishes
When patients come to Bieley, their homes, apartments or workplaces have already been diagnosed. The doctor then tests their urine for mycotoxins.
"What has been happening is they get sick in their home and then leave and feel better. This goes on for a while and then eventually they just get sick," he said. "They have become a petri dish at that point and mold has predominately taken hold in their sinuses."

EX-B-2

2

and works to boost the immune system. The first treatment, though, is to remove the patient from the mold.
"It's easier said than done," he said. "You have your clothing and your life is in your residence."
It's also expensive. Some families end up having to pay their mortgage and their monthly rent while the house is being treated. Bleach is not the solution. Bieley says it simply changes the color of the mold from black to white.
According to homeadvisor.com, the average cost of mold repair is $2,159, but that takes into consideration minor fixes when the mold is caught early.
Miami attorney Ervin Gonzalez represents owners of homes where mold has possessed the residence like some evil spirit. "I would say the rule of thumb is that it is going to cost a third of the value of home if it's extensive," he said.
Insurance companies are aware of the monetary toll of mold in South Florida, Gonzalez said. "A lot of insurance companies have exclusions where they don't cover mold or have significant limits for mold damage, and they will not cover the cost of remediation."
Families caught in this bind end up getting sicker and sicker.
"It's very common," Gonzalez said. "People will complain of allergy or asthmalike systems, sore throats, runny eyes.. A cold that doesn't go away."
Paola Iuspa-Abbott, who runs Top of Mind Public Relations, said she spent four weeks in a hotel after mold was found in her Pompano Beach condominium. Iuspa-Abbott said her husband and 3-year-old daughter, Luna, suffered mysterious health problems. Then they discovered a stain on the wall just before Thanksgiving.
"Luna started having hives and we just couldn't figure out what it was," she said. "And every time my husband walked into the kitchen for the last two months he would start sneezing. He said it was a sick room."
## Sign up for daily e-mails
Sign up
  * Home
(c) Gannett Co., Inc. 2021. All rights reserved.
Original content available for non-commercial use under a Creative Commons license, except where noted.
The Palm Beach Post ~ 2751 S. Dixie Highway, West Palm Beach, FL 33405 ~ Do Not Sell My Personal Information ~ Cookie Policy ~ Do Not Sell My Personal Information ~ Privacy Policy ~ Terms Of Service ~ Your California Privacy Rights / Privacy Policy
Gannett | USA TODAY NETWORK
  * Site
  * Archive
* * *
* * *
  * Feedback
  * Ownership
  * Terms of Use
  * Privacy Policy
  * Gannett Publications
* * * *

EX-B-3

3

U.S. DEPARTMENT OF JUSTICE  
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Fleming Rhonda A**  20446-009  A-South  FCI-TAL
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST**

There are 77 inmates living in A-South unit which has extensive roof damage. Whenever it rains, water and the chemical from the roof are leaking in at least 20 areas of the unit. We have had inmates get up in the middle of the night and slip in large pools of water. The unit should be closed until the roof can be repaired.

6/10/2020  
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

EX-C-1

_____  
DATE  

_____  
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE   CASE NUMBER: _____

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

FEDERAL CORRECTIONAL INSTITUTION (FCI), TALLAHASSEE, FLORIDA
PART B - RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #1026844-F1

This is in response to your Request for Administrative Remedy, received on June 15, 2020, wherein you state that there are roof leaks on the south side of A Unit. For relief, you are requesting that repairs be made, and that A Unit be closed until roof repairs can be made.

A Building & Funding Project to repair all roofs at FCI Tallahassee has been requested for Fiscal Year 2021. The Facilities Department will continue to monitor and make repairs as necessary.

Based on the above, this response to your Request for Administrative Remedy is for informational purposes only.

If you are not satisfied with this response, you may appeal to the Regional Director, Southeast Regional Office, 3800 Camp Creek Parkway, S.W., Building 2000, Atlanta, Georgia 30331. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____          __7/2/20_____
E. Strong, Warden                  Date

EX-C-2

www.nbcmiami.com/news/local/millions-spent-fighting-mold-issues-at-government-buildings/4688/ Millions Spent Fighting Mold Issues at Government Buildings  NBC 6 South FloridaSkip to content
Main Navigation
Search
Search for:
Local Weather Video Entertainment Investigations Responds TV Listings Newsletters
Live TV
Share Close
Trending Hurricane Season Vaccine Locations Daily Survey Biden Administration Coronavirus Testing Sites COVID-19 Links
Expand
NBC
Millions Spent Fighting Mold Issues at Government Buildings
By Willard Shepard and Connie Fossi  Published January 2, 2019  Updated on January 4, 2019 at 12:08 am
Mold pictured on walls, chairs, doors and ceilings at a Miami-Dade County correctional facility known as the Women's Detention Center.
The pictures were taken last May during an inspection conducted by the county's Risk Management Safety Division. The inspector notes "signs of water intrusion" and "what appears to be mold" in multiple locations at the building.
Photo taken last May during an inspection at a Miami-Dade County correctional facility known as the Women's Detention Center.
"I got very sick while working in the building," said an employee who we are calling Sabrina. "Sinuses, asthma, allergic reactions, heavy cough, fever. I've had a lot of different reactions to the exposure of mold that I have had."
Local
gun violence 1 hour ago
Miami-Dade Police Launches 'Operation Summer Heat' to Stop Gun Violence
Team USA 3 hours ago
While Preparing for Tokyo, Olympic Swimmer Ryan Murphy Pushes for Water Safety
Sabrina says her life changed since she started working at the facility in 2016.
"In and out of the hospital, urgent care to different doctors," she said. "Right now, I have to have sinus surgery to have allergy shots."
Sabrina and others complained to county's authorities, took pictures and even paid for mold testing.
She says the county recently closed down some parts of the building (after two years of employees' complaints) but she believes their health is still at risk.
"We continue to be exposed to that on a daily basis," she said.
Mold was spotted over safety gear at a Miami-Dade County correctional facility in September 2016.
It's not the first time.
In 2016, a team of remediation specialists spotted mold on safety gear stored inside the building. The estimated cost to clean it was $16,000.
The NBC 6 Investigators found that Miami-Dade County has spent more than two million dollars fighting mold issues since 2013 in at least a dozen facilities, including the police headquarters, Miami International Airport and the county's courthouse.
Last Summer, the courthouse's Chief Judge Bertila Soto told us that another judge had to leave her courtroom due to health issues related to mold.
"She was having some breathing issues, felt uncomfortable," Soto said.
Records provided by Miami-Dade show the county has spent close to $250,000 mitigating mold issues at the courthouse.
The Miami-Dade County has spent close to 0,000 dollars fighting mold issues at this courthouse.
In Broward County, employees have filed 36 claims linked to mold exposure in the past five years.
In a statement, the county tells us about a million dollars have gone toward cleanup efforts since 2013 but that no facilities have been closed due to mold problems during that period.
Federal buildings have also faced mold problems.
Latta Thomas says he left his job as a chaplain for the Federal Correctional Institution in Miami after his health started deteriorating.
"I was exposed to mold from the first day," he said. "I developed rashes, developed breathing problems."
His medical records show that he was diagnosed with an allergic condition linked to mold in 2016. The doctor asked him to either "change to a mold-free office or have water damage/mold issues in his current office completely mitigated."

EX-D-1

---

In May 2016, Thomas hired a mold remediation company to test the facility and found mold was present at the chapel.
The Occupational Safety and Health Administration (OSHA) cited a Miami federal prison in June after "visible mold" was detected in the building.
Records show that the Occupational Safety and Health Administration (OSHA) cited the prison in 2017 and in June 2018 after "visible mold" was detected in the building.
"My physical system was combating mold every time that I was there," he said. "It created a problem in terms of being able to do my job."
Sabrina shares the concern.
"They are not providing us with a healthy environment to work in," she said.
The Miami-Dade Corrections Department declined to comment about mold issues at their facility. In a statement, the Federal Bureau of Prisons told us that they don't comment on personnel matters and that the mold at the prison has been cleaned up.
This article tagged under:
NBCMiami-Dade CountyBroward CountyWillard ShepardOccupational Safety and Health Administration

Weather Forecast
Facebook
Twitter
Instagram
Submit Tips for Investigations
Newsletters
Contact Us
WTVJ Public Inspection File
WTVJ Accessibility
WTVJ Employment Infromation
FCC Applications
TERMS OF SERVICE
Advertise with us
Send Feedback
Privacy Policy
Do Not Sell My Personal Information
CA Notice
AdChoices
Copyright © 2021 NBCUniversal Media, LLC. All rights reserved
Back to Article
Close Menu
Search for:
Coronavirus Pandemic News Local US & World Weather Weather alerts Hurricane Season Investigations Responds Impact With Jackie Nespral NBCLX 6 In The Mix Entertainment Latin Beat Traffic Sports Community TV Listings Contests
Submit a Consumer Complaint Submit Photos and Video Contests Our Apps Newsletters
Follow Us
Facebook
Twitter
Instagram
Contact Us

EX-D-2

```
 TALDF  540*23  *           SENTENCE MONITORING           *      07-20-2021
 PAGE 001    '    *           COMPUTATION DATA            *      16:51:44
                              AS OF 07-20-2021

 REGNO..: 07208-104 NAME: SIMON, SANDRA


 FBI NO............: 703124HC4        DATE OF BIRTH: 04-29-1991  AGE:  30
 ARS1..............: TAL/A-DES
 UNIT..............: A UNIT           QUARTERS.....: A03-021L
 DETAINERS.........: NO               NOTIFICATIONS: NO

(HOME DETENTION ELIGIBILITY DATE: 04-03-2024 )

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  10-03-2024 VIA GCT REL


 ---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

 COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
 DOCKET NUMBER...................: 14-20895-CR-COOKE-2
 JUDGE...........................: COOKE
 DATE SENTENCED/PROBATION IMPOSED: 11-20-2015
 DATE COMMITTED..................: 01-06-2016
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
 NON-COMMITTED.:  $100.00        $00.00           $00.00         $00.00

 RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

 ------------------------CURRENT OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:  512     18:2251-2,2260 OBSCENE MATTR    FSA INELIGIBLE
 OFF/CHG: 18:1591(A)(1),(B)(2) SEX TRAFFICKING OF A MINOR. (CT2)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    136 MONTHS
  TERM OF SUPERVISION............:     10 YEARS
  DATE OF OFFENSE................: 08-20-2014




 G0002         MORE PAGES TO FOLLOW . . .
```

EX-E



Sandra Simon #07208-104
P.O Box 5000
Tallahassee FL 32314
Federal Correctional
Institute

Judge Marcia. G. Cooke
400 N Miami Ave
Miami, FL
33128

U.S.M.S.
INSPECTED
BY:

U.S.M.S.
INSPECTED
BY: